BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys For United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-MC-00015-LJO |
| Plaintiff, | ORDER TO CLOSE CASE |
| v. | |
| APPROXIMATELY $39,600.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the filing of the Civil Forfeiture Complaint on July 5, 2011 in *U.S. v. Approximately $39,600.00 in U.S. Currency*, Case No. 1:11-CV-01104-LJO-DLB and the Notice of Election filed on July 6, 2011, this miscellaneous case is hereby closed.

IT IS SO ORDERED.

**Dated:   July 8, 2011**           /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1